FILED

NOT FOR PUBLICATION

JUL 22 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| SING CHO NG,<br><br>    Plaintiff - Appellant,<br><br>  v.<br><br>HAGGEN INC.; et al.,<br><br>    Defendants - Appellees. | No. 09-35574<br><br>D.C. No. 2:08-cv-01160-JCC<br><br>MEMORANDUM[*] |

Appeal from the United States District Court
for the Western District of Washington
John C. Coughenour, District Judge, Presiding

Submitted July 12, 2011[**]

Before:    SCHROEDER, ALARCÓN, and LEAVY, Circuit Judges.

  Sing Cho Ng appeals pro se from the district court's judgment dismissing his

Title VII action without prejudice for failure to serve the summons and complaint

in a timely manner.  We have jurisdiction under 28 U.S.C. § 1291.  We review for

------

  [*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

  [**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  See Fed. R. App. P. 34(a)(2).

an abuse of discretion, *Oyama v. Sheehan (In re Sheehan)*, 253 F.3d 507, 511 (9th Cir. 2001), and we affirm.

The district court did not abuse its discretion by dismissing Ng's action, after granting Ng additional time to serve, because Ng failed to serve the summons and complaint within that time and failed to show good cause for not doing so. *See* Fed. R. Civ. P. 4(m) (requiring service within 120 days after the complaint is filed); *In re Sheehan*, 253 F.3d at 512-13 (discussing good cause and the district court's broad discretion to extend time for service or to dismiss the action without prejudice).

The district court did not abuse its discretion in concluding that Ng failed to demonstrate circumstances that would warrant appointment of counsel. *See Johnson v. U.S. Treasury Dep't*, 27 F.3d 415, 416-17 (9th Cir. 1994) (per curiam) (standard of review and factors relevant to appointment of counsel).

Ng's remaining contentions are unpersuasive.

**AFFIRMED.**